# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| Raymond Burton, | ) | Case No. 18-10413 |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |

## NOTICE OF MOTION

To:  N. Neville Reid, Chapter 7 Trustee, Fox, Swibel, Levin & Carroll, LLP, 200 W. Madison Street, Suite 3000, Chicago, IL 60606; and

See Creditors on the attached Service List.

**PLEASE TAKE NOTICE** that on August 10, 2021, at 10:30a.m. . I shall appear before the Honorable Jack B. Schmetterer, or any judge sitting in his place and stead, and present the motion to Reopen Chapter 7 Bankruptcy Case, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 161 123 7008. (3) Enter the passcode 277139.

**To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 161 123 7008. (3) Enter passcode 277139. When prompted identify yourself by stating your full name.

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a copy of the attached notice and motion was served to the attached parties at the addresses listed via First-Class Mail with postage prepaid, at the mailbox located at 2185 W. North Ave., Chicago, IL 60647, or via the methods listed above on July 28, 2021.

**/s/ Mehul D. Desai**
Attorney for Debtor
Swanson & Desai, LLC
2314 W. North Ave., Unit C-1W
Chicago, IL 60647
(312) 850-3328

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-10413<br>Northern District of Illinois<br>Eastern Division<br>Fri Jul  9 07:14:54 CDT 2021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | At&t<br>PO Box 6416<br>Carol Stream IL 60197-6416 |
| Comcast<br>PO Box 3002<br>Southeastern PA 19398-3002 | Comed<br>PO Box 6111<br>Carol Stream IL 60197-6111 | Enhanced Recovery Company<br>PO Box 57547<br>Jacksonville FL 32241-7547 |
| Hammond City Hall<br>5925 Calumet Ave<br>Hammond IN 46320-2554 | MCSI<br>POB 327<br>Palos Height IL 60463-0327 | Nicor Gas<br>PO Box 5407<br>Carol Stream IL 60197-5407 |
| Peoples Gas<br>200 E Randolph<br>Chicago IL 60601-6302 | Secretary of State<br>2701 S Dirksen Parkway<br>Springfield IL 62723-0002 | N. Neville Reid<br>Fox, Swibel, Levin & Carroll, LLP<br>200 W. Madison Street<br>Suite 3000<br>Chicago, IL 60606-3417 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Raymond Burton<br>13830 Clifton Pk<br>Robbins, IL 60472-2014 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     0<br>Total                  13 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| Raymond Burton, | ) | Case No. 18-10413 |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |

## MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE

**NOW COMES** Raymond Burton, Debtor, by and through his attorneys Swanson & Desai, LLC respectfully move this Honorable Court enter an order reopening the case, in support thereof, state as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. § 1409(a). This is a core proceeding pursuant to 28 U.S.C. § 157.

2. Debtor filed a petition for relief pursuant to the Chapter 7 Title 11 U.S.C. on April 10, 2018.

3. Debtor's case was discharged on July 24, 2018.

4. Debtor had a personal injury claim that was inadvertently omitted from his schedules. The amended schedules are now filed.

5. Pursuant to 11 U.S.C. § 350, Debtor respectfully request this Honorable Court enter an order reopening Debtor's case so he may assess an additional claim.

**WHEREFORE**, Raymond Burton, Debtor, respectfully prays this Honorable Court enters an order a reopening the case for any further relief this Court deems fair and just.

Respectfully submitted,

/s/ Mehul D. Desai
Swanson & Desai, LLC
2314 W. North Ave., Unit C-1W
Chicago, IL 60647
(312) 666-7882